IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANK DEANDA,

    Plaintiff,

v.                                  No. 1:18-cv-00822-KK-SCY

BRAVO CLEANING & RESTORATION, LLC,
CENTRAL FLOOD MANAGEMENT,
JEREMY BAIER, and CHAD LUNDE,

    Defendants.

## JOINT MOTION TO FILE UNDER SEAL

    Pursuant to Fed. R. Civ. P. 5.2(d), Plaintiff Frank Deanda and Defendants Bravo Cleaning & Restoration, LLC, Central Flood Management, Jeremy Baier, and Chad Lunde (collectively, "Defendants") respectfully request that this Court enter an order permitting them to file under seal the parties' Joint Motion to Approve Settlement Agreement and Dismiss the Complaint With Prejudice ("Motion to Approve"). The Motion to Approve itself details the terms of the parties' settlement, and the parties wish to attach the settlement agreement as an exhibit to facilitate the Court's review of its fairness. However, one of the express and material terms of the settlement agreement is confidentiality as to the settlement amount and terms, and the parties are otherwise interested in keeping this information confidential.

    The settlement involves only the claims and potential claims of one individual, not a class or collective action, and all parties are represented by experienced and competent counsel of their choosing. Accordingly, any public interest in the settlement terms is minimal and outweighed by the strong public policy favoring confidential settlement negotiations and the prompt settlement of litigation. A narrowly-tailored order sealing the motion and exhibit is consistent with practice in this District. *See, e.g.,* Order Granting Motion to File Under Seal, *Tello v. Pro's ABQ Ranch Markets, LLC,* 15-CV-253-WPL-GBW (May 22, 2015). Plaintiff and

Defendants therefore respectfully request leave to file the above-referenced motion under seal. If the Court grants the Motion to Approve, the Order it enters on the settlement need not be filed under seal, as it will not contain any of the confidential information the parties seek to prevent from public disclosure.

WHEREFORE, pursuant to Fed. R. Civ. P. 5.2(d), the parties respectfully request the Court to enter an order allowing the parties to file their Joint Motion to Approve Settlement Agreement and Dismiss the Complaint With Prejudice, with attached exhibit, under seal.

Dated: February 15, 2019

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Charles J. Vigil
    Charles J. Vigil
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
cvigil@rodey.com
*Attorneys for Defendants*

    Approved via e-mail 2/15/2019
WAYNE R. SUGGETT
201 Third Street, NW, Suite 1720
Albuquerque, NM 87102
Telephone: (505) 767-9804
wayne@suggettlaw.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By  /s/ Charles J. Vigil
    Charles J. Vigil