IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FRANK DEANDA**,

    Plaintiff,

v.                                       No.: 1:18-CV-00822-KK-SCY

**BRAVO CLEANING & RESTORATION LLC**,
**CENTRAL FLOOD MANAGEMENT,**
**JEREMY BAIER, and CHAD LUNDE,**

    Defendants.

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING THE COMPLAINT WITH PREJUDICE

This MATTER comes before the Court on the parties' Joint Motion to Approve Settlement Agreement and Dismiss the Complaint with Prejudice (filed under seal) ("Motion"). The Court, having reviewed the Motion and attached Settlement Agreement, being fully advised as to the premises, and noting that the Motion was jointly made, finds that the Motion is well taken and that the Settlement Agreement is fair, reasonable, and the result of a bona fide dispute as to liability and damages. The Court hereby GRANTS the Motion, APPROVES the Settlement Agreement, and ORDERS that Plaintiff's Complaint shall be and hereby is dismissed with prejudice.

_____
KIRTAN KHALSA
United States Magistrate Judge

APPROVED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By _____*/s/ Charles J. Vigil*_____
         Charles J. Vigil
P. O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
FAX: (505) 768-7395
cvigil@rodey.com
*Attorneys for Defendants*


_____*Approved via e-mail 2/15/2019*_____
WAYNE R. SUGGETT
201 Third Street, NW, Suite 1720
Albuquerque, NM 87102
Telephone: (505) 767-9804
wayne@suggettlaw.com
*Attorneys for Plaintiff*